**Electronically Filed
Supreme Court
SCWC-11-0001081
03-DEC-2014
01:48 PM**

SCWC-11-0001081, SCWC-13-0000306, and SCWC-13-0001307

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

GMAC MORTGAGE, LCC, a Delaware Limited Liability Company,
Respondent/Plaintiff-Appellee,

vs.

JOYCELYN WANDA UNCIANO, Petitioner/Defendant-Appellant,

and

WAYNE NOELANI TOM, et al., Defendants.
(SCWC-11-0001081; CAAP-11-0001081; CIV. NO. 03-1-1029)

------------------------------------------------------------------

GMAC MORTGAGE, LLC, a Delaware Limited Liability Company,
Respondent/Plaintiff-Appellee,

vs.

JOYCELYN WANDA UNCIANO, Petitioner/Defendant-Appellant,

and

WAYNE NOELANI TOM, et al., Defendants.
(SCWC-13-0000306; CAAP-13-0000306; CIV. NO. 03-1-1029)

------------------------------------------------------------------

JOYCELYN W. UNCIANO, Petitioner/Petitioner-Appellant,

vs.

GMAC MORTGAGE, LLC, Respondent/Respondent-Appellee.
(SCWC-13-0001307; CAAP-13-0001307; APPLICATION NO. 1069;
CASE NO. 11-1069)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner Jocelyn W. Unciano's Application for Writ of Certiorari, filed on October 27, 2014, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 3, 2014.

Jocelyn W. Unciano,
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2